ROYAL J. MANSFIELD, APPELLANT, v. COUNTY OF CAPE MAY, RESPONDENT.

Submitted May 26, 1928—Decided October 15, 1928.

For the appellant, *Andrew J. Whinery.*

For the respondent, *Palmer M. Way* and *S. Russling Leap.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Smith in the Circuit Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None